WILLIAM H. COONAN, Respondent, *v.* HAMBURG-AMERICAN PACKET COMPANY, Appellant. (Appeal No. 1.)

Appeal by the defendant from two orders of the Special Term, entered in the office of the clerk of the county of Kings on the 17th day of October and the 14th day of November, 1911, respectively.

PER CURIAM: While the position of the defendant may be technically correct, in view of the fact that the amended complaint has been served, has been demurred to, and that an appeal from the decision upon that demurrer is now pending before this court, the questions involved on this appeal are academic. Substantial justice may be accomplished by affirming the orders reviewed by this appeal, without costs. If defendant shall within five days procure a retaxation of costs, as directed by Mr. Justice Garretson, and if within five days thereafter the amount of such costs is not paid by plaintiff to defendant, application may be made by defendant to the Special Term to stay all proceedings in this action, or to dismiss the complaint, as it may be advised. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred. Orders affirmed, without costs, in accordance with the provisions of opinion.

---

Lena Berman, an Infant, by Abraham Berman, Her Guardian ad Litem, Respondent, v. Automatic Vending Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph Bloch, Appellant, v. James Macbeth and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.